13 A.3d 357

IN THE MATTER OF JOHN A. MISCI, JR., AN ATTORNEY
AT LAW (ATTORNEY NO. 010421995).

March 9, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–222, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **JOHN A. MISCI, JR.,** of **SEWELL,** who was admitted to the bar of this State in 1995, and who has been suspended from the practice of law since October 27, 2010, should be suspended from practice for a period three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with client), *RPC* 1.5(a) (unreasonable fee), and *RPC* 1.5(b) (failure to reduce the basis or rate of the fee to writing), and good cause appearing;

It is ORDERED that **JOHN A. MISCI, JR.,** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective immediately; and it is further

ORDERED that respondent continue to comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.